UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLE RIGG,<br><br>        Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, et al,<br><br>        Defendants. | Case No.: C 06-00320 PVT<br><br>**ORDER SETTING DEADLINE FOR SUMMARY JUDGMENT MOTIONS AND CONTINUING CASE MANAGEMENT CONFERENCE** |

On May 18, 2006, the parties filed a Joint Case Management Conference Statement, in which they request that the court continue the Case Management Conference pending completion of private mediation. The parties also stated that they did not believe discovery would be needed, because this matter is likely to resolved on the administrative record. The parties also stated that (in the event the case does not settle) the matter will be resolved on cross-motions for summary judgment. Based on the parties Joint Case Management Conference Statement,

IT IS HEREBY ORDERED that the parties shall serve and file their cross-motions for summary judgment no later than August 15, 2006. Opposition papers shall be filed no later than August 29, 2006. Absent leave of court, no reply papers shall be filed. The court will hear these motions at 10:00 a.m. on September 12, 2006.

IT IS FURTHER ORDERED that Case Management Conference in this matter is continued to October 17, 2006.

Dated: *5/18/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*